**Steven LESTER, Plaintiff–Appellant,**

v.

**GREENVILLE COUNTY COURTHOUSE, Defendant–Appellee.**

No. 09–7791.

United States Court of Appeals, Fourth Circuit.

Submitted: June 17, 2010.

Decided: June 23, 2010.

Steven Lester, Appellant Pro Se.

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven Lester appeals the district court's order accepting the recommendation of the magistrate judge and denying relief without prejudice on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Lester v. Greenville County Courthouse,* No. 4:09–cv–01824–HFF, 2009 WL 2855170 (D.S.C.

___

Sept. 1, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*